# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: Christopher Thomas

Case No.: 19-54342

Chapter: 13

Debtor(s)

## Motion for more time to make Payment.

I Christopher Thomas is requesting 7 days to pay remaining amount of my 2nd installment. I was unaware that Debt cards are not taken at Payment desk. I only had $75.00 Cash and remaining $42.50 is on card.

Dated: 5/6/2019

Signature: Christopher Thomas

Printed Name: Christopher Thomas

Address: 4025 Somerset Trail
Atlanta, GA 30349

Phone: 404-490-8123

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Christopher Thomas )  Case No: 19-54342
_____ )
_____ )  Chapter
                        )
                        )
Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __6__ day of __May__, 20__19__, I served a copy of __Motion for more time to make Payment__ which was filed in this bankruptcy matter on the __6__ day of __May__, 20__19__.

Mode of service (check one):    ◯ MAILED        ◯ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Melissa J. Davey
260 Peachtree St NW
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 5/6/19        Signature: Christopher Thomas
                     Printed Name: Christopher Thomas
                     Address: 4025 Somerled Trail
                              Atlanta GA 30340
                              (404) 490-8183
                     Phone:

(Generic Certificate of Service – Revised 4/13)

U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01255974 (RS) OF 05/06/2019

| ITEM | CODE | CASE | QUANTITY | AMOUNT | BY |
|---|---|---|---|---|---|
| 1 | 13IN | 19-54342 | 1 | $ 75.00 | Currency |
| | | Judge - Paul M. Baisier | | | |
| | | Debtor - CHRISTOPHER NATHANIEL THOMAS | | | |

TOTAL:                                                                  $ 75.00

FROM: Christopher Nathaniel Thomas
      4025 Somerled Trail
      Atlanta, GA 30349